■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK GREEN, Appellant.—Judgment unanimously affirmed *(see, People v Saunders* [appeal No. 1], 190 AD2d 1092 [decided herewith]). (Appeal from Judgment of Erie County Court, D'Amico, J.—Sexual Abuse, 1st Degree.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.